UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES COWAN,<br>        *Defendant.* | Case Number 1:94-cr-468 |

ORDER

Before the Court is defendant's *pro se* Motion for Appointment of Counsel (Dkt. 123) to assess his eligibility for compassionate release or a sentence reduction. To assist the Court in determining defendant's eligibility for release or sentence reduction, it is hereby

ORDERED that the Office of the Federal Public Defender be and is APPOINTED to represent the defendant with regard to eligibility for compassionate release or sentence reduction.

The Clerk's Office is directed to send a copy of this Order to all counsel of record, the Office of the Federal Public Defender, and to the United States Probation Office.

                                                                                      /s/
                                                                Michael S. Nachmanoff
                                                               United States District Judge

May 15, 2025
Alexandria, Virginia